IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: CR 118-071-002 |
| | ) | |
| LEQUITA FIERO BRADY | ) | |

**ORDER**

All charges against Defendant, Lequita Fiero Brady, were dismissed pursuant to the Order entered on September 6, 2019 (Doc. 54).

Surety, Chequita Brady Cherry, has requested return of the $1,500.00 cash security posted on Defendant's $15,000.00 bond.

The Court hereby **GRANTS** the request and **ORDERS** the cash collateral of $1,500.00, plus all accrued interest, be returned to the Surety at 557 Cohen Rd., Waynesboro, GA 30830.

This 13th day of September 2019, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
CHIEF JUDGE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA